FILED

2018 JUN 27  PM 1: 05

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| | ) |
| Plaintiff, | ) **JUDGE GAUGHAN** |
| | ) |
| v. | ) CASE NO. 5 : 18  CR  348 |
| | ) Title 18, Sections 922(g)(1), |
| MICHAEL J. MEADOWS, | ) 924(c)(1)(A)(i) and 924(d)(1), |
| | ) United States Code; Title 21, |
| Defendant. | ) Sections 841(a)(1), (b)(1)(B)(vi) |
| | ) and 853, United States Code; |
| | ) Title 28, Section 2461(c), United |
| | ) States Code |

### COUNT 1
(Felon in Possession of Firearm and Ammunition,
in violation of 18 U.S.C. § 922(g)(1))

The Grand Jury charges:

1.      On or about January 18, 2018, in the Northern District of Ohio, Eastern Division,

Defendant MICHAEL J. MEADOWS, having been previously convicted of crimes punishable

by imprisonment for a term exceeding one year, including, Possession of Cocaine, in Case

Number 1999-CR-0275, in the Stark County Court of Common Pleas, Stark County, Ohio, on or

about April 12, 1999; Having a Weapon While Under Disability, in Case Number 2002-CR-

1577, in the Stark County Court of Common Pleas, Stark County, Ohio, on or about December 9,

2002; and Aiding and Abetting to Distribute Crack Cocaine, in the United States District Court,

Northern District of Ohio, Eastern Division, on or about September 10, 2003, did knowingly

possess a firearm, specifically, a Springfield, .45 Caliber pistol, bearing serial number

N487749, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2
(Possession with Intent to Distribute Fentanyl,
in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

2.     On or about January 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL J. MEADOWS did knowingly and intentionally possess with the intent to distribute a mixture and substance containing at least 40 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(B)(vi), United States Code.

COUNT 3
(Possession of Firearm in Furtherance of Drug Trafficking Offense,
in violation of 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3.     On or about January 18, 2018, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL J. MEADOWS did knowingly possess a firearm, specifically, a Springfield, .45 Caliber pistol, bearing serial number N487749, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute a mixture and substance containing at least 40 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, Sections 841(a)(1) and (b)(1)(B)(vi), United States Code, as charged in Count Two, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 3, inclusive, are incorporated herein by reference.  As a result of the foregoing offenses, Defendant MICHAEL J. MEADOWS shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following: $8,600 in U.S. currency and a Springfield, .45 Caliber pistol, bearing serial number N487749, and ammunition.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.